IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN LEO NORMAN,

    Plaintiff,
v.                          CASE NO. 1:04-cv-00005-MP-AK

SHERIFF STEVEN OELRICH,
et al,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Strike Defendant Mary Bauer's Notice (doc. 38) of Adoption of the special report filed by the other Defendants. (Doc. 43).  Plaintiff moves to strike Bauer's adoption on the grounds that the special report raises issue of improper service, which has been decided by the Court, and because no affidavit or other evidentiary material is submitted on Bauer's behalf with the special report.  Although Plaintiff raises some valid issues, the proper procedure is not to strike Bauer's notice to adopt, but to address these points in response to the motion for summary judgment.  Consequently, the motion to strike is **DENIED**.

**DONE AND ORDERED** at Gainesville, Florida, this  **23rd**  day of May, 2005.

                                  s/ A. KORNBLUM
                                  ALLAN KORNBLUM
                                  **UNITED STATES MAGISTRATE JUDGE**