IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOHN LEO NORMAN,**

    **Plaintiff,**

v.                                                      **CASE NO. 1:04-cv-00005-MP-AK**

**SHERIFF STEVEN OELRICH,**
**et al,**
    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Notice of Inquiry, wherein he requests the status of a previous motion and requests additional time to respond to the special report filed by the Defendants. (Doc. 48). The Court denied Plaintiff's motion to strike and advised him to raise the issues in a response to the special report. (See attached). Also, Plaintiff is presently under a deadline of July 11, 2005, to respond to the special report, which has been construed as a motion for summary judgment. (Doc. 41). If he needs more time to respond, he should move for an extension of time. **The Clerk is herein directed to attach to this order a copy of Document 44.** Plaintiff shall keep the Court advised of his address as it changes.

    **DONE AND ORDERED** at Gainesville, Florida, this __9th__ day of June, 2005.

                                                            s/ A. KORNBLUM
                                                            **ALLAN KORNBLUM**
                                                             **UNITED STATES MAGISTRATE JUDGE**