**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**JOHN LEO NORMAN,**

       **Plaintiff,**

**v.**                                        **CASE NO. 1:04-cv-00005-MP-AK**

**MARY BAUER, et al,**

       **Defendants.**

_____/

**O R D E R**

      This matter is before the Court on Plaintiff's Motion to Extend Time by Thirty

Days to File Supporting Memoranda.  (Doc. 63).  Having considered said motion, the

Court is of the opinion that it should be GRANTED, and Plaintiff shall have through

August 15, 2005, to file a response to the pending motion for summary judgment.


      **DONE AND ORDERED** this _**15**^th_ day of July, 2005


              s/ A. KORNBLUM
              **ALLAN KORNBLUM**
              **UNITED STATES MAGISTRATE JUDGE**