IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN LEO NORMAN,

    Plaintiff,

v.                                        CASE NO. 1:04-cv-00005-MP-AK

SHERIFF STEVEN OELRICH,
ET AL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Extend Time to respond to Defendant's motion for summary judgment (doc. 72) and Plaintiff's Motion to Extend Page Limitation. (Doc. 73). Having considered said motions, the Court is of the opinion that they should be **GRANTED**, and Plaintiff shall be allowed 45 days from this date to respond to Defendant's motion and may file a response in excess of the 25 page limit.

**DONE AND ORDERED** this _**2nd**_  day of August, 2005

                              s/ A. KORNBLUM
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**