**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOHN LEO NORMAN,**

    **Plaintiff,**
v.                                               **CASE NO. 1:04-cv-005-MP-AK**

**SHERIFF OELRICH, et al,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed the original complaint in this action on January 14, 2004. (Doc. 1). The case proceeded to the summary judgment stage with Defendants motion (doc. 42) and Plaintiff's response. (Doc. 82). This matter was fully briefed on October 3, 2005, but since that time Plaintiff has submitted three changes of address (docs. 85, 87, 89), and the last material mailed to him at his request was returned as undeliverable, no forwarding address available. (Doc. 90). This last return was August 18, 2006, and there has been no other information from Plaintiff as to his present address.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not advised the Court of his current address. Thus, there is no way for the Court to communicate with Plaintiff about the prosecution of his case. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **26th** day of September, 2006.

                    **s/ A. KORNBLUM**
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**