IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOHN LEO NORMAN,

    Plaintiff,
v.                                          CASE NO. 1:04-cv-00005-MP-AK

SHERIFF OELRICH, et al,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 94, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint be dismissed for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Tuesday, September 26, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

The Magistrate recommends dismissing this case because Plaintiff's last known address is invalid and that no other information exists as to Plaintiff's present address. A review of the record reveals that Plaintiff has repeatedly changed addresses during the course of this case, and has provided notice to the Court for these changes. However, it also reveals that mail from the Court to the Plaintiff is often returned as undeliverable due to Plaintiff's failure to inform the Court of his present address.

Plaintiff has filed an objection to the Magistrate's Report, stating that he has attempted to keep the Court informed of his current address. Plaintiff lists a time line beginning on June 12,

2006, when he was incarcerated at the Sarasota County Jail, then transferred to the Charlotte County Jail on August 1, then released from custody on August 14, and ending when Plaintiff was rearrested on an outstanding warrant and placed back in the Sarasota County Jail on August 24, 2006.  Shortly after this, Plaintiff asserts that he attempted to mail notice of his address change to the Court, but his letters were undelivered and were either lost or destroyed by the Sarasota County Jail.

The Magistrate's Report states that since August 18, 2006, Plaintiff has not provided any information for his current address, and therefore he has failed to prosecute this case.  In Doc. 92, filed on September 16, 2006, Plaintiff provided the Court with his present address.  It appears that the Magistrate's Report, entered on September 26, 2006, was not sent to this updated address, but rather to Plaintiff's prior address.  Before receiving the Magistrate's Report, Plaintiff filed another change of address, repeating his prior address.  Doc. 96.  The Court believes that Plaintiff has provided enough information to enable the Court to communicate with him concerning this case so that dismissal for failure to prosecute is not appropriate.  The Defendants' Motion for Summary Judgment has been pending for over a year, and this case should now be resolved on its merits.  Plaintiff is specifically ordered to keep the Court informed of any address changes, and Plaintiff is warned that failure to do so will result in dismissal of this case.

Therefore, having considered the Report and Recommendation and the objections thereto filed, I have declined to adopt the Report and Recommendation.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Court declines to adopt the Magistrate Judge's Report and Recommendation.

2. This matter is remanded back to the Magistrate Judge for further consideration.

**DONE AND ORDERED** this   *26th* day of October, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
